**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Three Mile Drydock and Repair, LLC<br><br>Plaintiff,<br><br>v.<br><br>Bunker One (USA), Inc.<br><br>Defendant. | Case No.:1:25-CV-73<br><br>FRCP 9(h)<br>In Admiralty |

**COMPLAINT**

Plaintiff Three Mile Drydock and Repair, LLC ("Three Mile") submits the following as its Complaint in Admiralty.

**JURISDICTION AND VENUE**

1. This court has subject matter jurisdiction over this matter pursuant to its admiralty and maritime jurisdiction, 28 U.S.C. §1333, and Three Mile herein invokes the special procedures of Rule 9(h) of the Federal Rules of Civil Procedure.

2. Personal jurisdiction and venue in this admiralty case are proper in this court under 28 U.S.C. §1391 and Rule 82 of the Federal Rules of Civil Procedure because all named Defendants conduct significant business in, and therefore can be found within, this District and the marine contract that is at issue was entered into in this District.

**PARTIES**

3. Plaintiff Three Mile is an Alabama limited liability company that provides barge and boat services in the Gulf Coast area. Plaintiff's office is in Mobile, Alabama.

4. Defendant Bunker One (USA) Inc. ("Bunker One") is a Texas corporation engaged in the business of providing bunker fuel to ships operating on the waterways of the United States, including within this District.

**COUNT I – BREACH OF CONTRACT**

5. For several years Bunker One has hired Three Mile to provide a boat and three tank barges to deliver fuel to its customers' ships in the areas of Mobile, Alabama and New Orleans, Louisiana.

6. Most recently, that arrangement has been governed by a "Fully Found Time Charter" between Bunker One and Three Mile dated March 1, 2021 which was revised and renewed on February 14, 2023 and February 14, 2024 (as renewed, the "Bunker One Charter").

7. Three Mile "bareboat charters" (leases) two of the tank barges, CBR 2015 and CBR 2016, from their owner Central Boat Rentals ("CBR") located in Morgan City, Louisiana.

8. The bareboat charter between Three Mile and CBR (the "CBR Charter") required Three Mile to pay charter hire (rent) to CBR monthly in advance on the first day of each month.

9. To enable Three Mile to make those payments to CBR, the Bunker One Charter required Bunker One to in turn pay Three Mile for the use of the barges in advance on the first day of each month.

10. The Bunker One Charter required Bunker One to pay to Three Mile $1,600 per day as charter hire for the use of CBR 2015 and the same $1,600 per day for the use of the CBR 2016.

11. The Bunker One Charter required Three Mile to perform routine maintenance on the equipment aboard the CBR barges (i.e. the pumps and other equipment needed to pump fuel into and out of the cargo tanks) during the charter term; but wear and tear to the hulls of the CBR

barges beyond that which would be deemed ordinary was not required to be repaired until the conclusion of the Bunker One Charter.

12. In November 2024, at Bunker One's request, Bunker One and Three Mile began the process of removing the CBR barges from the bunker fuel operations and preparing to return them to their owner, CBR.

13. The CBR Charter required that at the end of the charter term, Three Mile must clean the CBR barges, repair any damage that occurred during the charter period that exceeds normal wear and tear, and then redeliver the barges to CBR in Morgan City, Louisiana.

14. Under the CBR Charter, Three Mile was required to continue paying charter hire to CBR until repairs were complete and the barges were redelivered at Morgan City.

15. Likewise, the Bunker One Charter required Bunker One to continue paying charter hire to Three Mile for the CBR barges until they were repaired and returned to Morgan City.

16. The Bunker One Charter also required Bunker One to reimburse Three Mile for the costs to repair damage to the hulls of the CBR barges that exceeded normal wear and tear.

17. Section 7.4 of the Bunker One Charter stated that Bunker One's obligation to pay charter hire for the CBR barges:

> "shall continue until (Three Mile) is able to return them to Central Boat Rental in Louisiana in compliance with all terms of their charters. (Three Mile) must clean (the) barges … and repair any conditions … that are in excess of ordinary wear and tear. (Bunker One) will reimburse those costs within thirty (30) days."

18. To pursue Bunker One's November, 2024, request that the CBR barges be removed from the bunkering operations and returned to their owner, as alleged in Paragraph 12 above, on November 6, 2024, CBR 2015 was surveyed by two marine surveyors, one representing CBR and one representing Bunker One and Three Mile. The cost of the latter surveyor has not yet been billed but is estimated to be $5,000.

19. Those surveyors agreed on what damages to the hull of CBR 2015 exceeded ordinary wear and tear and had to be repaired prior to returning CBR 2015 to CBR.

20. Most of the repairs to CBR 2015 were completed by a shipyard on or about January 14, 2025 at a cost of $87,977 which amount was fair and reasonable.

21. CBR 2015 was then moved to CBR's facility in Morgan City, Louisiana where the remainder of the repairs to CBR 2015 were completed by CBR on or about January 30, 2025 at an estimated cost of $21,000 which amount was fair and reasonable.

22. Pursuant to the Bunker One Charter, Bunker One owes Three Mile charter hire for the period December 1, 2024 through January 30, 2025, totaling 61 days in the amount of $97,600, no part of which has been paid despite repeated demands to do so.

23. Pursuant to the Bunker One Charter, Bunker One was required to pay Three Mile for the cost of repairs to CBR 2015 in the total amount of $108,977, no part of which has been paid despite Three Mile's demand for the same.

24. To pursue Bunker One's November, 2024, request that the CBR barges be removed from the bunkering operations and returned to their owner, as alleged in Paragraph 12 above, on December 31, 2024, CBR 2016 was surveyed by two marine surveyors, one representing CBR and one representing Bunker One and Three Mile. The cost of the latter surveyor has not yet been billed but is estimated to be $5,000.

25. Those surveyors agreed on what damages to the hull of CBR 2016 exceeded ordinary wear and tear and had to be repaired prior to returning CBR 2016 to CBR.

26. After CBR 2016 was surveyed, bids were solicited for the repairs.

27. Two shipyards submitted bids for repairing CBR 2016, the lowest bid being in the amount of $70,733 which amount is fair and reasonable.

28. As of the date of filing this Complaint, Bunker One owes Three Mile charter hire for the use of CBR 2016 for the period December 1, 2024 through February 19, 2025, totaling 81 days in the total amount of $129,600.

29. Because of Bunker One's failure to pay charter hire for either CBR barge, as alleged in Paragraphs 22 and 28, and its failure to pay for repairs to CBR 2015 as alleged in Paragraph 23, Three Mile does not have the funds with which to pay for the repairs to CBR 2016 and accordingly Three Mile has demanded that Bunker One arrange and pay for such repairs.

30. As of the date of filing this Complaint, Bunker One has not arranged or agreed to pay for the repairs to CBR 2016 so that it can be returned to its owner.

31. As of the date of filing this Complaint, CBR 2016 is being held in a commercial barge fleeting area until repairs can be arranged. The cost to date of such fleeting is $14,105 and fleeting charges will continue to accrue at the rate of $170 per day, which amount is Bunker One's responsibility to pay until that barge is repaired and returned to its owner in Morgan City, Louisiana.

32. The Bunker One Charter requires Bunker One to pay Three Mile interest at the rate of 1 ½ percent per month on any unpaid sums due under the charter.

33. The Bunker One Charter also requires Bunker One to pay for the cost of Three Mile's attorneys' fees and other legal costs incurred in pursuing the collection of amounts due to Three Mile under the Bunker One Charter.

34. Three Mile has performed all its obligations under the Bunker One Charter.

WHEREFORE, Plaintiff Three Mile Drydock and Repair, LLC prays that Judgment be entered in its favor against Bunker One (USA), Inc. for (a) unpaid charter hire, which currently totals $227,200 and continues to accrue on the CBR 2016, (b) the costs to repair CBR 2015 and

CBR 2016 in the total amount estimated to be $178,710 plus survey charges estimated to be $10,000, (c) the costs to fleet CBR 2016 until it is repaired and returned to its owner, (d) an award of prejudgment interest on the foregoing amounts at 1 ½% per month, (e) attorneys' fees and legal costs incurred by Three Mile in pursuing this collection action, and (f) for such further and other legal and equitable relief as the Court may deem just and necessary under the circumstances.

Respectfully submitted,

*/s/ John P. Kavanagh, Jr.*
JOHN P. KAVANAGH, JR. (KAVAJ1011)
jkavanagh@burr.com
*Attorney for Plaintiff Three Mile Drydock and Repair, LLC*

OF COUNSEL:

BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, AL 36602
251-345-8246 (phone)
251-344-9696 (fax)

Douglas E. Gossow # 35525 MO
(To be admitted *pro hac vice*)
Richard D. McNelley # 54102 MO
(To be admitted *pro hac vice*)
GOLDSTEIN AND PRICE, L.C.
701 Market Street, Suite 1500
St. Louis, Missouri 63101
314-516-1700 (phone)
314-421-2382 (fax)
doug@gp-law.com
richard@gp-law.com

**Defendant to be served via certified mail as follows:**
Bunker One (USA), Inc., by and through its Registered Agent
Richard H. Gill
444 South Perry Street
Montgomery, Alabama 36104