IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THREE MILE DRYDOCK AND REPAIR, LLC,

Plaintiff,

v.

BUNKER ONE (USA), INC.,

and

CENTRAL BOAT RENTALS, INC.,

Defendants.

CIVIL ACTION NO.:
1:25-cv-00073-C

ORDER

Pending before the undersigned are the following motions: Plaintiff Three Mile Drydock and Repair, LLC's ("Three Mile") Motion to Dismiss Without Prejudice or in the Alternative to Permit Withdrawal of its Counsel (Doc. 56); Defendant Bunker One (USA), Inc.'s ("Bunker One") Motion to For Summary Judgment and Brief in Support (Doc. 58); Defendant Central Boat Rentals, Inc.'s ("Central Boat") Motion in Limine to Exclude Certain Expert Testimony of M.P. Singh (Doc. 60); Central Boat's Motion and Incorporated Memorandum in Support for Summary Judgment on Claims between Central Boat Rentals, Inc., and Three Mile Drydock and Repair, LLC (Doc. 61); Central Boat's Motion and Incorporated Memorandum in Support of Summary Judgment Regarding Breach of Contract Between Three Mile Drydock and Repair, LLC and Bunker One USA Inc. (Doc. 62); Three Mile's and Central Boat's Motion and Incorporated Memorandum in Support to Substitute Central Boat Rentals, Inc. as Plaintiff (Doc. 64); Central Boat's Motion for Leave to file Sur-Reply to Three Mile Drydock and Repair, LLC's Motion to Dismiss (Doc. 69).

The parties are **ORDERED** to appear on **October 20, 2026 at 2:00 p.m.** in Courtroom 3A, United States Courthouse, Mobile, Alabama before the undersigned to provide clarification on the parties and their respective positions in the case, the issues that have been resolved, if any, and the issues that continue unresolved.

**DONE** and **ORDERED** this 1st day of October 2026.

**s/WILLIAM E. CASSADY**
**UNITED STATES MAGISTRATE JUDGE**