**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| THREE MILE DRYDOCK AND REPAIR, LLC, | ) | |
| Plaintiff, | ) | Case No.: 1:25-cv-00073-C |
| v. | ) | FRCP 9(h) |
| BUNKER ONE (USA), INC., | ) | In Admiralty |
| and | ) | |
| CENTRAL BOAT RENTALS, INC., | ) | |
| Defendants. | ) | |

**DEFENDANT BUNKER ONE (USA), INC.'S AMENDED NOTICE OF SCHEDULING CONFLICT, STATUS OF THE PENDING MOTIONS, AND REQUEST FOR REFERRAL TO A SETTLEMENT CONFERENCE**

Defendant Bunker One (USA), Inc. ("Bunker One") amends its Notice of Scheduling Conflicts (Doc. 85) to inform the Court of changed circumstances, to address the status of the pending motions (Doc. 84), and to request that the Court refer this action to a settlement conference before a magistrate judge of this Court.

**A. Changed Circumstances**

1. Bunker One's original notice identified two conflicts. Doc. 85. The second, a jury trial set to begin October 26, 2026, in *Gene Harney, et al. v. Maersk A/S, in personam, et al.*, No. 4:25-cv-00392 (S.D. Tex.), no longer exists as the action has settled.

2. The first conflict, with the October 20, 2026 status conference, remains. From October 15 through October 23, 2026, Mr. Georgantas, lead counsel for Bunker One, is counsel in an arbitration hearing in New York, New York, which includes October 20, the date the Court set for the parties to appear. Doc. 84 at 2.

**B. Status of the Pending Motions**

3. The Court has ordered the parties to appear and clarify "the parties and their respective positions in the case, the issues that have been resolved, if any, and the issues that continue unresolved." Doc. 84 at 2. Each of the seven motions listed in that Order (Docs. 56, 58, 60, 61, 62, 64, and 69) is fully briefed, and no party has withdrawn or narrowed any of them. In Bunker One's view, the substantive disputes they present all remain unresolved, and each motion remains ripe for decision. Undersigned counsel has conferred with opposing counsel and they confirm this status.

4. The motions, and the briefing on each, are:

a. Three Mile Drydock and Repair, LLC's ("Three Mile") Motion to Dismiss Without Prejudice or in the Alternative to Permit Withdrawal of Counsel (Doc. 56), with responses (Docs. 59, 65) and a reply (Doc. 66);

b. Bunker One's Motion for Summary Judgment (Doc. 58) on Count I of the Second Amended Complaint (Doc. 23), with responses (Docs. 68, 73) and a reply (Doc. 78);

c. Central Boat Rentals, Inc.'s ("Central Boat") Motion in Limine to Exclude Certain Expert Testimony of M.P. Singh (Doc. 60), with a response (Doc. 70) and a reply (Doc. 75);

d. Central Boat's Motion for Summary Judgment on Claims between Central Boat and Three Mile (Doc. 61), with responses (Docs. 67, 71) and a reply (Doc. 76);

e. Central Boat's Motion for Summary Judgment Regarding Breach of Contract Between Three Mile and Bunker One (Doc. 62), with a response (Doc. 72) and a reply (Doc. 77);

f. Three Mile's and Central Boat's Joint Motion to Substitute Central Boat as Plaintiff (Doc. 64); and

g. Central Boat's Motion for Leave to File Sur-Reply to Three Mile's Motion to Dismiss (Doc. 69), with a response (Doc. 79).

**C. Settlement Discussions**

5. Consistent with the Court's Standing Order Governing Final Pretrial Conferences, counsel for Bunker One has conferred with counsel for the other parties about settlement. The parties have agreed in principle to participate in alternative dispute resolution. Counsel for Central Boat has advised that Central Boat is amenable to a settlement conference before a magistrate judge of this Court under Paragraph 13 of the Scheduling Order, Doc. 46 ¶ 13, and joins Bunker One in requesting the Court to arrange for it to be scheduled. Three Mile has deferred to Central Boat on settlement.

6. Bunker One therefore submits the question to the Court and respectfully requests that the Court refer this action to a magistrate judge of this District for a settlement conference and arrange for it to be scheduled.

**D. Requested Relief**

7. To the extent the status of the pending motions set out in Part B does not address the matters the Court identified for the October 20, 2026 hearing, Bunker One respectfully requests that the Court reset the October 20, 2026 hearing to a date after the settlement conference that is convenient for the Court. If possible, all parties request the hearing be set for the day after the settlement conference to minimize travel time and expense for out-of-state counsel.

8. Bunker One also requests that the Court reset the Final Pretrial Conference by approximately two weeks, from October 27, 2026, to November 10, 2026, or another date convenient for the Court. The Scheduling Order set the Final Pretrial Conference thirty-four days before the original November 30, 2026 trial date. Doc. 46 ¶¶ 1–2. The Court later moved the trial to December 14, 2026, but did not move the Final Pretrial Conference. Doc. 47. A two-week reset of the Final Pretrial Conference would restore the same thirty-four-day interval between the Final

Pretrial Conference and trial, would leave the December 14 trial setting undisturbed, and would give the parties an opportunity to complete a settlement conference before preparing the proposed Pretrial Order. Because the Court's Standing Order Governing Final Pretrial Conferences requires the proposed Pretrial Order to be filed at least seven days before the Final Pretrial Conference, the reset would also move that deadline so that it may follow the settlement conference. The parties could then attempt to resolve this action with the assistance of a magistrate judge before incurring the time and expense of preparing the proposed Pretrial Order. The undersigned counsel conferred with opposing counsel and they do not object to the this scheduling request.

Dated: October 14, 2026

Respectfully submitted,

By: */s/ Dimitri P. Georgantas*
Dimitri P. Georgantas
*Admitted Pro Hac Vice*
Federal I.D. No. 2805
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
1415 Louisiana Street, Suite 4200
Houston, Texas 77002
Telephone: 713.224.8380
Facsimile: 713.225.9945
dimitri.georgantas@roystonlaw.com

and

M. Kathleen Miller (MILLM0888)
ARMBRECHT JACKSON LLP
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602
Telephone: (251) 405-1300
Facsimile: (251) 432-6843
Email: mkm@ajlaw.com

**ATTORNEYS FOR DEFENDANT BUNKER ONE (USA) INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October 2026, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure and/or via the CM/ECF Filing System and/or by depositing the same in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

*/s/ Dimitri P. Georgantas*
Dimitri P. Georgantas